IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ARNOLD VARGAS, <br><br> Plaintiff, <br><br> v. <br><br> UPPERCUT DELUXE CO. INC., <br><br> Defendant. | Civil Action No. 1:20-cv-11633 |

## NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)

1. Whereas Plaintiff Arnold Vargas filed the above-referenced case against Defendant Uppercut Deluxe Co. Inc. on September 2, 2020.

2. Whereas Defendant has not yet answered or otherwise appeared in this action, and thus dismissal is appropriate without court order, pursuant to F.R.C.P. Rule 41(a)(1)(A)(i).

3. Accordingly, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(A)(i), Plaintiff seeks dismissal of the complaint with prejudice.

Dated: November 25, 2020          Respectfully Submitted,

                                  BLOCK & LEVITON LLP

                                  */s/ Jason M. Leviton*
                                  Jason M. Leviton, Esq.
                                  jason@blockleviton.com
                                  260 Franklin Street, Suite 1860
                                  Boston, MA 02110
                                  Telephone: (617) 398-5600

                                  *Attorneys for Plaintiff Arnold Vargas*

## **CERTIFICATE OF SERVICE**

    I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to non-registered participants this 25th day of November, 2020.

                                                */s/ Jason M. Leviton*
                                                 Jason M. Leviton